**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS MCALLEN DIVISION**

| | | |
|---|---|---|
| GALILEE OIL INVESTMENTS, LLC § § § §<br>   Plaintiff, § §<br>v. § §<br>WORLDWIDE FACILITIES, LLC, § §<br>AND ST. PAUL FIRE AND MARINE § §<br>INSURANCE COMPANY § §<br>   Defendants. § | | CIVIL ACTION NO. 7:23-CV-364 |

**PLAINTIFF'S THIRD AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, GALILEE OIL INVESTMENTS, LLC, Plaintiff in the above styled and numbered cause, and file this its Plaintiff's Third Amended Complaint against WORLDWIDE FACILITIES, LLC, (hereinafter referred to as "Worldwide"), ST. PAUL FIRE AND MARINE INSURANCE COMPANY, previously identified as TRAVELERS PROPERTY CASUALTY AND SURETY COMPANY OF AMERICA, (hereinafter referred to as "St. Paul"), CANOPIUS MARINE & ENERGY UNDERWRITING AGENCIES LIMITED (hereinafter referred to as "Canopius"), AND BEAZLEY UNDERWRITING AGENCIES LIMITED, (hereinafter referred to as "Beazley"), showing the Court as follows:

**DISCOVERY-CONTROL PLAN**

1. Pursuant to Rules 190.1 and 190.3 of the Texas Rules of Civil Procedure, Plaintiffs state that discovery in this cause is intended to be conducted under Level 2.

1

## RULE 47 STATEMENT OF MONETARY RELIEF SOUGHT

2. Plaintiff prefers to have the jury determine the fair amount of compensation for Plaintiff's damages, it is early in the case to be assessing the full nature and scope of Plaintiffs'' damages, and Plaintiff places the decision regarding the amount of compensation to be awarded in the jury's hands. Rule 47 of the Texas Rule of Civil Procedure, however, *requires* Plaintiff to provide a statement regarding the amount of monetary relief sought. Accordingly, Plaintiff states monetary relief of more than $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees; or in amount to be determined by the jury, is being sought. Plaintiff reserves the right to adjust this amount as time progresses and the full nature and scope of Plaintiff's damages are determined.

## PARTIES

3. Plaintiff, GALILEE OIL INVESTMENTS, LLC, is a company doing business in Hidalgo County, Texas.

4. Defendant, WORLDWIDE FACILITIES, LLC, is an insurance company duly licensed to do business in the State of Texas, maintains its principal office at 725 S. Figueroa Street, Suite 1900, Los Angeles, CA 90017. Defendant has been served and has answered this lawsuit.

5. Defendant, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, is an insurance company(ies) duly licensed to do business in the State of Texas. This defendant has answered this lawsuit.

6. Defendant, CANOPIUS MARINE & ENERGY UNDERWRITING AGENCIES LIMITED, is company that does business in Hidalgo County, Texas.

Defendant can be served by serving its Designated Authority for Service of Process in Texas:

>CANOPIUS MARIN & ENERGY UNDERWRITING AGENCIES LIMITED
>   c/o Cassie Brown, Commissioner of Insurance
>       (Designated Authority for Service of Process)
>1601 Congress Avenue
>Austin, Texas  78701

7. Defendant, BEAZLEY UNDERWRITING AGENCIES LIMITED, is company that does business in Hidalgo County, Texas. Defendant can be served by serving its Designated Authority for Service of Process in Texas:

>BEAZLEY UNDERWRITING AGENCIES LIMITED
>   c/o Cassie Brown, Commissioner of Insurance
>       (Designated Authority for Service of Process)
>1601 Congress Avenue
>Austin, Texas  78701

8. To the extent that the above-named Defendants are conducting business pursuant to a trade name or assumed name, then suit is brought against that company pursuant to the terms of Rule 28 of the Texas Rules of Civil Procedure, and Plaintiff hereby demands that upon answering this suit, such company or companies answer in their correct legal name and assumed name.

## JURISDICTION

9. The Court has subject-matter jurisdiction over the lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements and because of Diversity Jurisdiction.

## VENUE

10. Pursuant to Texas Civil Practice and Remedies Code § 15.032, venue is proper in Hidalgo County because the Plaintiff resides in this county, and this is the county

in which the Plaintiff's cause of action accrued. Further, all Defendants herein do business in Hidalgo County, Texas.

## **FACTS**

11. On or about March 30, 2018, Plaintiff was involved in a loss that was discovered to have been caused by negligence on the part of a third party. The loss was during a routine fishing and recovery job. Plaintiff hired a third party that negligently dropped more items and/or piping that should have been pulled out. That negligence caused extreme property damages and losses to Plaintiff.

12. Such damages and losses are covered by our Plaintiff's policies that it has/had with Defendants. At the time of the incident, Plaintiff was insured with Defendants. Defendant have not paid the claims for Plaintiff's damages as per the contracts made the basis of this lawsuit. All Defendants have a duty to Plaintiff. Plaintiff has been insured by Defendant St. Paul's (Policy Number ZPP-91M76077-17-N4) since March 3, 2017, and by the other Defendants (Certificate Number UE1735) since July 31, 2017.

13. Previous this lawsuit being filed, Plaintiff, via its Legal Counsel, attempted to work out the claims, but was unable to do so, and the lawsuit commenced.

14. On or about November 8, 2023, Worldwide Facilities, LLC emailed Plaintiff's legal counsel some documents and stated that it was not responsible for Plaintiff's damages and gave Plaintiff information on the two new defendants as being those entities responsible. However, Worldwide Facilities, LLC is an interest holder, compensated via a monetary manner or otherwise, is a compensated (via a monetary manner or otherwise) agent for Defendant Canopius Marine & Energy Underwriting Agencies Limited and

4

Defendant Beazley Underwriting Agencies Limited, the two new defendants. Worldwide Facilities received compensation (via a monetary manner or otherwise) for Plaintiff's insurance coverage. Worldwide is who chose Canopius Marine & Energy and Beazley to be the insurance carriers for Plaintiff. Worldwide is the listed "Assured" in the Certificate of Insurance. Although the Certificate states that Worldwide shall not "be liable for any loss or claim…" Worldwide is a proper party to this lawsuit, as Worldwide has orchestrated the entire insurance coverage paid by Plaintiff. Worldwide has information that no other party has, and is thus, essential and indispensable to Plaintiff's claims.

## UNIFORM DECLARATORY JUDGMENT ACT

15. The Uniform Declaratory Judgment Act ("UDJA") is designed "to afford relief from uncertainty and insecurity with respect to rights, status, and other legal relations." Tex. Civ. Prac. & Rem. Code § 37.002(b). It authorizes a person interested under a written contract to "obtain a declaration of rights, status, or other legal relations thereunder." *Id.* § 37.004(a). The policy between Plaintiff and Defendants constitute written contracts.

16. Plaintiff requests a judgment under the UDJA determining the liability of the Defendants and status and rights of Plaintiff under its contracts with Defendants and the benefits Plaintiff is entitled to under such contracts.

## CAUSES OF ACTION AS TO ALL DEFENDANTS

### Breach Of Contract

17. All paragraphs above are hereby adopted and incorporated by reference. The Agreements entered into between Defendants and Plaintiff in Hidalgo County, Texas, are valid and enforceable contracts. Plaintiff fully performed under the terms of the Agreements, paid his insurance premiums to all Defendants, directly or via

5

Worldwide Facilities, LLC. or a third party.  Defendants have refused and continues to refuse to perform pursuant to the terms of the Agreement. As a direct result of Defendants' breaches, Plaintiff has sustained economic damages in an amount over $1,000,000.00. Plaintiff has met all conditions precedent under the Agreement. Pursuant to Chapter 38.001(8) of the TEX. CIV. PRAC. & REM. CODE. Plaintiff seeks and is entitled to all reasonable attorneys' fees incurred in pursuit of Plaintiff's claims.

## **CAUSE OF ACTION AS TO WORLDWIDE FACILITIES, LLC**

### **Breach Of Contract**

18. Defendant Worldwide Facilities, LLC breached their agreement with Plaintiff as they acquired insurance carriers that have not paid for Plaintiff's damages which are covered under its policy. Defendant Worldwide Facilities was compensated (via a monetary manner or otherwise) to provide insurance coverage to Plaintiff.

## **CAUSE OF ACTION AS TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

### **Breach Of Contract**

19. Defendant St. Paul Fire And Marine Insurance Company, breached their agreement with Plaintiff as they have not paid for Plaintiff's damages which are covered under its policy. Defendant St. Paul Fire And Marine Insurance Company was compensated (via a monetary manner or otherwise) by Plaintiff for such coverage of damages.

## **CAUSE OF ACTION AS TO CANOPIUS MARINE & ENERGY UNDERWRITING AGENCIES LIMITED**

### **Breach Of Contract**

20. Defendant Canopius Marine & Energy Underwriting Agencies Limited breached their agreement with Plaintiff as they have not paid for Plaintiff's damages which are covered under its policy. Defendant Canopius Marine & Energy Underwriting Agencies Limited was compensated (via a monetary manner or otherwise) by Plaintiff for such coverage of damages.

## **CAUSE OF ACTION AS TO BEAZLEY UNDERWRITING AGENCIES LIMITED**

### **Breach Of Contract**

21. Defendant Beazley Underwriting Agencies Limited breached their agreement with Plaintiff as they have not paid for Plaintiff's damages which are covered under its policy. Defendant Beazley Underwriting Agencies Limited was compensated (via a monetary manner or otherwise) by Plaintiff for such coverage of damages.

## **DAMAGES AS TO ALL DEFENDANTS**

22. As a result of the incident made the basis of this suit, Plaintiff suffered the following damages:

- Property Damage sustained
- Actual and consequential damages

## **ATTORNEYS FEES AS TO ALL DEFENDANTS**

23. As this case is pursuant to the UDJA under Chapter 37 of the Texas Civil Practice and Remedies Code, Plaintiff seeks all reasonable and necessary attorney fees

as are equitable and just in the prosecution of this case under § 37.009. Plaintiff also seeks all reasonable and necessary attorney fees as are equitable and just in the prosecution of this case under Chapter 38.001(8) of the TEX. CIV. PRAC. & REM. CODE.

## **OBJECTION TO ASSOCIATE JUDGE**

24.     Plaintiffs object to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

## **PRAYER**

25.     For these reasons, Plaintiffs ask that the Court issue citation for Defendant to appear and answer, and that Plaintiffs be awarded a judgment against Defendant for the following:

   a. Actual damages;

   b. Prejudgment and post judgment interest;

   c. Court costs;

   d. Attorney fees; and

   e. All other relief to which Plaintiff is entitled

Respectfully Submitted,

*Mario A. Rodriguez*
Mario A. Rodriguez
Rodriguez Law Firm, PC
SBN: 00784866
1111 W. Nolana Blvd.
McAllen, Texas  78504
(956) 971-0067 PH.
(956) 971-0069 FAX
Mario@RodriguezLawFirmPC.com
ARNY@RodriguezLawFirmPC.com
Anabel@RodriguezLawFirmPC.com
Carmen@RodriguezLawFirmPC.com

## CERTIFICATE OF SERVICE

I certify that on this the 5th of December 2023, a true and correct copy of the foregoing document was served on the following through the Court's CM/ECF system:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
**Philip C. Snyder - Attorney-In-Charge**
Texas State Bar No. 24060630
8200 I-H 10 West, Suite 504
San Antonio, Texas 78230
T: 210-524-9696
F: 210-524-9811
Email: philip.snyder@roystonlaw.com

And

**Esteban Delgadillo**
Texas State Bar No. 24087406
55 Cove Circle
Brownsville, Texas 78521
T: 956-542-4377
F: 956-542-4370
Email: esteban.delgadillo@roystonlaw.com
**Attorneys for Defendant St. Paul Fire and Marine Insurance Company, improperly named as Travelers Property Casualty and Surety Company of America**

        **AND**

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ. P.C.**
**Valerie Henderson**
Texas State Bar No. 24078655
Fed. ID No. 1392550
Email: vhenderson@bakerdonelson.com
**Judson K. Mahan**
Texas State Bar No. 24109100
Fed. ID No. 3708689
Email: jmahan@bakerdonelson.com
1301 McKinney Street, Suite 3700
Houston, Texas 77010
T: 713-650-9700
F: 713-650-9701
**Attorneys for Defendant Worldwide Facilities, LLC**


*Mario A. Rodriguez*
Mario Rodriguez, Esq.

TEXAS DEPARTMENT OF INSURANCE-NCCI